RECEIVED
JAN 1 9 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-CR-010 |
| v. | INDICTMENT |
| JAMES DEAN GATHERCOLE, | T. 18 U.S.C. § 2252A(a)(1) |
| Defendant. | T. 18 U.S.C. § 2252A(a)(2) |
| | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | T. 18 U.S.C. § 2252A(b)(1) |
| | T. 18 U.S.C. § 2252A(b)(2) |
| | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Transportation of Child Pornography)

On or about May 30, 2020, in the Southern District of Iowa, the defendant, JAMES DEAN GATHERCOLE, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a computer file, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Receipt of Child Pornography)

From on or about March 1, 2015, to on or about July 31, 2019, in the Southern District of Iowa, the defendant, JAMES DEAN GATHERCOLE, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Possession of Child Pornography)**

On or about September 22, 2020, in the Southern District of Iowa, the defendant, JAMES DEAN GATHERCOLE, knowingly possessed material, namely, an Apple iPhone, model A1688, serial number C6KRD29RGRY9, that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

If the defendant, JAMES DEAN GATHERCOLE, is convicted of the offense(s) alleged in Counts 1, 2, and/or 3 of this Indictment, the defendant shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to: an Apple iPhone, model A1688, serial number C6KRD29RGRY9.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Amy Jennings
Assistant United States Attorney

4